**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **MARQUINN JONES and ERIC GORDON,** | : |
| **Plaintiffs** | : |
| v. | :     **CASE NO. 7:05-CV-41 (HL)** |
| **DONALD BARROW, TED PHILBIN and, SERGEANT JOHNSON,** | : |
| **DefendantS** | : |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 5) filed June 29, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiffs to the Magistrate Judge's Recommendation within the allotted time period.

**SO ORDERED,** this the 21st day of July, 2005.

                                                **s/ Hugh Lawson**
                                              **HUGH LAWSON, Judge
United States District Court**